AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED
OCT 16 2014
David J. Bradley, Clerk

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

RODRIGUEZ-Cruz Roy Gabriel
YOB: 1981, Mex National
MENDEZ-Torres, Jose Enrique
YOB: 1996, Mex National

**CRIMINAL COMPLAINT**

CASE NUMBER: M-14-2008-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 16, 2014__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with the Intent to Distribute approximately 69.5 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 69.5 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof. X Yes  No

approved for filing
AUSA

Signature of Complainant
Anthony K. Dominguez, Special Agent (DEA)

Sworn to before me and subscribed in my presence,

October 16, 2014       9:31 a.m.       At       McAllen, Texas
Date                                              City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT**

On October 16, 2014, at approximately 12:15 AM, United States Border Patrol (USBP) Agents were conducting line watch duties in the area of Abram, Texas along the Rio Grande. The agents observed "foot sign" on along the river's edge and followed it for about a quarter mile where it came to an end. As the agents continued into the brush they encountered two male subjects, later determined to be Roy Gabriel RODRIGUEZ-Cruz and Jose Enrique MENDEZ-Torres, standing next to several bundles (later determined to be marijuana). When the agents made contact with the two, one of the individuals fled the area but was soon apprehended by agents. A closer inspection of the area by the agents led to the discovery of 14 bundles of marijuana totaling 69.5 kgs.

Once at the station, defendants Roy Gabriel RODRIGUEZ-Cruz and Jose Enrique MENDEZ-Torres were advised of their Miranda Warnings. Both subjects waived their rights and admitted to smuggling the marijuana and that they were to have been paid $200 for their participation.